IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana,<br><br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE; and LOUIS DEJOY, in his official capacity as Postmaster General<br>Defendants. | CV-20-79-GF-BMM<br><br><br><br>**AMENDED ORDER** |

Amicus Curiae Members of Congress (Amicus) have moved for an order allowing Elizabeth B. Wydra, Esq., and Dayna J. Zolle, Esq. to appear *pro hac vice* in this case with James Molloy, Esq., designated as local counsel. The applications of Ms. Wydra and Ms. Zolle appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Amicus' motions to allow Ms. Wydra and Ms. Zolle to appear on their behalf (Docs. 13 and 14) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Wydra and Ms. Zolle must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Wydra and Ms. Zolle.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 25th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court