# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; and LOUIS DEJOY, in his official capacity as Postmaster General,<br><br>*Defendants*. | CV 20-79-GF-BMM<br><br>**ORDER** |

Amicus Curiae Members of Congress (Amicus) have moved for an order allowing Brianne J. Gorod, Esq., to appear *pro hac vice* in this case with James P. Molloy, Esq. designated as local counsel Ms. Gorod's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Amicus' motion to allow Ms. Gorod to appear on their behalf (Doc. 12) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with

Ms. Gorod;

2.      Ms. Gorod must do her own work.  She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4.      Admission is personal to Ms. Gorod.

IT IS FURTHER ORDERED that:

Ms. Gorod shall file, within fifteen (15) days from the date of this Order, an acknowledgment ad acceptance of her admission under the terms set forth above.

DATED this 25th day of September, 2020.

_____
Brian Morris, Chief District Judge
United State District Court