# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; *et al.*,<br><br>Defendants. | Case No. 4:20-cv-00079-BMM<br><br>ORDER |

Upon consideration of Defendants' Consent Motion to Permit Participation at Hearing Telephonically or by Other Remote Means, it is hereby ORDERED that the motion is GRANTED, and that participation at the October 15, 2020 hearing on Plaintiffs' Motion for Preliminary Injunction will be conducted by ZOOM. The Court will contact the parties with the ZOOM link.

DATED this 13th day of October, 2020.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court