IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana;<br><br>*Plaintiff,*<br>vs.<br><br>UNITED STATES POSTAL SERVICE; and LOUIS DEJOY, in his official capacity as Postmaster General<br><br>*Defendants.* | Case No. 4:20-cv-00079<br><br>ORDER |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the October 15, 2020 hearing is VACATED; IT IS FURTHER ORDERED that all deadlines in this action are STAYED pending further Order of the Court or the dismissal of this action.

DATED this 15th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1