**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana, | **CV-20-79-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES POSTAL SERVICE; and LOUIS DEJOY, in his official capacity as Postmaster General, | |
| Defendants. | |

Pursuant to the parties' stipulated motion (Doc. 38), the Court vacated all hearings and stayed all deadlines in the above-captioned proceeding pending further Order of the Court or the dismissal of this action. (Doc. 39). The parties filed a Settlement Agreement with the Court, and the Court retained jurisdiction of the case. (Doc. 38). The Agreement includes a provision that the parties shall "voluntarily dismiss this action without prejudice on November 30, 2020." *Id.* at 6–7.

**IT IS HEREBY ORDERED** that the parties shall submit a joint status

report on or before November 30, 2020 regarding the status of the above-captioned matter.

DATED this 24th day of November, 2020.


_____
Brian Morris, Chief District Judge
United States District Court